I am working with NonProfit Alliance of Consumer Advocates. On 6-10-2024 My cousin I was razing was killed and I stopped everything I was doing I'm asking for more Time

Shawn Drummond